IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT B. MANSELL, JR., as the Executor of the Estate of ROBERT B. MANSELL, SR., Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.    3:19-cv-3130-KLM |
| MEMORIAL MEDICAL CENTER, | ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, ROBERT B. MANSELL, JR., as the Executor of the Estate of

Robert B. Mansell, Sr., Deceased, by his attorneys, Hughes Socol Piers Resnick & Dym, Ltd., and

Defendant, MEMORIAL MEDICAL CENTER, its attorneys Sorling Northrup, who herein jointly

stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the

above-captioned matter is DISMISSED WITH PREJUDICE with each party hereto to bear his or

its own incurred costs of prosecution of these proceedings.

ROBERT B. MANSELL, JR., as the Executor of the Estate of ROBERT B. MANSELL, SR., Deceased, Plaintiff

By: /s/Jennifer M. Sender
Jennifer M. Sender, Bar #6207774
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, IL 60602
Telephone: 312-604-2778
E-Mail: jsender@hsplegal.com

MEMORIAL    MEDICAL    CENTER,
Defendant

By: s/ John A. Kauerauf (with consent)
John A. Kauerauf, Bar #6193413
Sorling Northrup
1 N. Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705
Telephone: 217-544 1144
Fax: 217-522-3173
E Mail: jakauerauf@sorlinglaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on April _____, 2024, she served a true and correct copy of the Stipulation of Dismissal with Prejudice by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of all parties who have registered to receive notices electronically.

s/ Jennifer M. Sender
_____